

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EMN:DAL
F.#2010R02495

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 3, 2012

By Hand Delivery & ECF

The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  United States v. John Doe, et al.
            Magistrate Docket No. 12-1056

Dear Judge Go:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for December 4, 2012 at 2 p.m.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:  s/
    Evan M. Norris
    Amanda Hector
    Darren A. LaVerne
    Assistant U.S. Attorneys
    (718) 254-6376/6212/6783

Enclosures (filed under seal)

cc: Benjamin Brafman, Esq. (By Email)