

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN:AH
F.#2010R02495

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 23, 2013

By Hand Delivery & ECF

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. John Doe
           Magistrate Docket No. 12-1056-1

Dear Judge Bloom:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for May 28, 2013 at 9:30 a.m.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:    /s/
     Amanda Hector
     Assistant U.S. Attorney
     (718) 254-6212

Enclosures (filed under seal)

cc: Benjamin Brafman, Esq. (By Email)