

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN:AH                                             *271 Cadman Plaza East*
F.#2010R02495                          *Brooklyn, New York 11201*

July 25, 2013

By Hand Delivery & ECF

The Honorable Steven M. Gold
United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   United States v. John Doe
                Magistrate Docket No. 12-1056-1

Dear Judge Gold:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for July 29, 2013 at 11:00 a.m.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:  /s/
Amanda Hector
Assistant U.S. Attorney
(718) 254-6212

Enclosures (filed under seal)

cc: Benjamin Brafman, Esq. (By Email)
    Josh Kirshner, Esq. (By Email)